available. We adopt that analysis and conclusion and agree the MSPB properly concluded that it had no jurisdiction to consider petitioners' appeals, based as they were on an "action which is the basis of [their] entitlement" to grade and pay retention benefits. *See* 5 U.S.C. § 5366 (Supp. V 1981).

█ Petitioners argue further that this interpretation of the statutory scheme results in a violation of petitioners' due process and equal protection rights as guaranteed by the Fifth Amendment; that the losses to an employee whose grade is reduced, even with grade and pay retention benefits, constitute a taking of property; that there is no way to establish agency bad faith when a trial-type hearing is unavailable. The arguments raised are the same as those addressed in *Atwell,* 670 F.2d at 286–88; we likewise reject them for the reasons expressed there.

The decisions of the MSPB appealed from are

AFFIRMED.

with suggestion for rehearing in banc. This in banc suggestion was submitted to a vote by the members of the Court in regular active service. Judges Barrett, McKay, Logan and Seymour voted to grant rehearing in banc and Judges Seth, Holloway, McWilliams, and Doyle voted to deny rehearing in banc. Because a majority of the judges in regular active service have not voted in favor of in banc rehearing, it is denied, 10th Cir.1983, 698 F.2d 420. See Rule 35, F.R. App.P.

The panel to which the case was argued and submitted, composed of Judges Seth, Holloway and Breitenstein, denies the petition for rehearing because it concludes that it is bound by the unanimous in banc decision of the Court in *Jackson v. Kelly,* 10 Cir.1977, 557 F.2d 735. The decision and opinion heretofore filed do not determine the availability of the defense of qualified immunity because that defense is not presented on the record before the Court.

Rehearing denied.

Cristobal J. CHAVEZ, Plaintiff-Appellee,

v.

Lawrence P. SINGER,
Defendant-Appellant.

No. 81–1398.

United States Court of Appeals,
Tenth Circuit.

May 19, 1983.

Before SETH, HOLLOWAY, McWILLIAMS, BARRETT, DOYLE, McKAY, LOGAN, SEYMOUR, and BREITENSTEIN, Circuit Judges.

PER CURIAM.

This case is before the Court on the defendant-appellant's petition for rehearing

Paul T. NELSON, Petitioner-Appellant,

v.

UNITED STATES of America,
Respondent-Appellee.

Geoffrey C. KNAPP, etc.,
Petitioner-Appellant,

v.

UNITED STATES of America,
Respondent-Appellee.

Nos. 82–3151, 82–3152
Non-Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 5, 1983.